```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 11-00776-MDF
Thomas Uwe Belivakici                                                                   Chapter 13
Dina A. Belivakici
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-1          User: karendavi              Page 1 of 3                  Date Rcvd: Aug 05, 2016
                              Form ID: 3180W              Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2016.
db/jdb         +Thomas Uwe Belivakici,    Dina A. Belivakici,    240 Bragg Circle,    Hanover, PA 17331-9335
cr             +Homeward Residential, Inc.,    1525 S. Beltline Road,    Coppell, TX 75019-4913
3782518        +AMERICAN RADIOLOGY ASSOC.,    10373 REISTERSTOWN ROAD,    OWINGS MILLS, MD 21117-3617
3788117        +American Home Mortgage Servicing, Inc,    1525 S Beltline Road,    Suite 100- N,
                 Coppell, TX 75019-4913
3782522        +CARDIAC DIAGNOSTIC ASSOC. P.C.,    2527 CRANBERRY HIGHWAY,    WAREHAM, MA 02571-1046
3782523       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,     COLUMBUS OH 43215-4157
                (address filed with court: COLUMBIA GAS,     P.O. BOX 742510,    CINCINNATI, OH 45274)
3782526        +CREDIT ACCEPTANCE CORPORATION,    25505 WEST TWELVE MILE RD,    P O BOX 513,
                 SOUTHFIELD, MI 48037-0513
3782527        +CREDIT BUREAU OF YORK,    33 S. DUKE STREET,    YORK, PA 17401-1485
4581501         CV XXVII, LLC, C/O FCI Lender Services,    P.O. Box 27370,    Anaheim Hills, CA 92809-0112
4581502         CV XXVII, LLC, C/O FCI Lender Services,    P.O. Box 27370,    Anaheim Hills, CA 92809-0112,
                 CV XXVII, LLC, C/O FCI Lender Services,    P.O. Box 27370,    Anaheim Hills, CA 92809-0112
3784378        +Credit Acceptance,    25505 W 12 Mile Rd,    Suite 3000,   Southfield, MI 48034-8331
3782531         ENHANCED RECOVERY CORP.,    10550 DEERWOOD PARK BLVD,    JACKSONVILLE, FL 32256-0596
3782532        +HANOVER AREA EARNED INCOME TAX BURE,    11 BALTIMORE STREET,    LOWER LEVEL,
                 HANOVER, PA 17331-3109
3782533        +HANOVER FAMILY PRACTICE ASSOCIATES,    111 PENN STREET,    HANOVER, PA 17331-1953
3782535        +HANOVER HOSPITAL,    P.O. BOX 735,   SUNBURY, PA 17801-0735
3782536        +HAROLD J. COHEN DMD PC,    135 E. ELM AVE,    HANOVER, PA 17331-1813
4005137        +Joseph Dingus,    4030 Backwoods Road,    Westminster, MD 21158-2407
3782537        +KURT K. THOMAS DO,    136 PENN STREET,    HANOVER, PA 17331-1928
3782513        +LAWRENCE V. YOUNG,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
3782545       ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
                (address filed with court: NCO FINANCIAL SYSTEMS, INC.,     P O BOX 41466,
                 PHILADELPHIA, PA 19101)
3782539        +MET ED,   P.O. BOX 3687,    AKRON, OH 44309-3687
3782540         MET-ED,    BANKRUPTCY DEPT. BLDG 3,    331 NEWMAN SPRINGS RD,    RED BANK, NJ 07701-5688
3782541        +MICHAEL T. MCKEEVER, ESQ.,    701 MARKET STREET,    MELLON INDEPENDENT CTR STE 5000,
                 PHILADELPHIA, PA 19106-1538
3782546        +PENN TOWNSHIP VOLUNTEER EM. SVCS,    955 BALTIMORE STREET,    HANOVER, PA 17331-4413
3792075        +Penn Township Volunteer Em. Svcs.,    201 N. Franklin Street,    Hanover, PA 17331-2442
3782547        +QUANTUM IMAGING,    25 MONUMENT ROAD, SUITE 94,    YORK, PA 17403-5049
3782548        +QUANTUM IMAGING,    P.O. BOX 1805,   INDIANAPOLIS, IN 46206-1805
3782549         R&R PROFESSIONAL RECOVERY, INC.,    P.O. BOX 21575,    PIKESVILLE, MD 21282-1575
3782514        +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
3782551        +STRUCTURED ASSET SECURITIES,    4650 REGENT BLVD.,    IRVING, TX 75063-2482
3782553        +SUSQUEHANNA COMMUNICATIONS,    P.O. BOX 802068,    DALLAS, TX 75380-2068
3782512        +THOMAS UWE BELIVAKICI,    DINA A. BELIVAKICI,    240 BRAGG CIRCLE,    HANOVER, PA 17331-9335
3782554        +TROJAN PROFESSIONAL SERVICES,    P O BOX 1270,    LOS ALAMITOS, CA 90720-1270
3782516        +YORK COUNTY TAX CLAIM BUREAU,    28 EAST MARKET STREET,    YORK, PA 17401-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: AISACG.COM Aug 05 2016 18:58:00      Consumer Finance Corporation Department,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
cr             +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 05 2016 19:35:54
                 Consumer Finance Corporation Department,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
cr              EDI: JEFFERSONCAP.COM Aug 05 2016 19:04:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD, MN  56302-9617
3782519        +E-mail/Text: banko@berkscredit.com Aug 05 2016 18:54:46      BERKS CREDIT & COLLECTIONS,
                 P O BOX 329,    TEMPLE, PA 19560-0329
3782520        +E-mail/Text: banko@berkscredit.com Aug 05 2016 18:54:46      BERKS CREDIT & COLLECTIONS,
                 900 CORPORATE DR,    READING, PA 19605-3340
3782521        +EDI: CAPITALONE.COM Aug 05 2016 19:03:00      CAPITAL ONE BANK,    P.O. BOX 30281,
                 SALT LAKE CITY, UT 84130-0281
3782528        +EDI: CREDPROT.COM Aug 05 2016 18:58:00      CREDIT PROTECTION,    P.O. BOX 802068,
                 DALLAS, TX 75380-2068
3786685         E-mail/Text: banko@berkscredit.com Aug 05 2016 18:54:46      Cardiac Diagnostic Assoc. PC,
                 c/o Berks Credit and Collections,    PO Box 329,    Temple, PA 19560-0329
3792139        +EDI: AISACG.COM Aug 05 2016 18:58:00      Consumer Finance Corp,    c/o Ascension Capital Group,
                 P.O. Box 201347,    Arlington, TX 76006-1347
3792139        +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 05 2016 19:36:04      Consumer Finance Corp,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
3782530        +E-mail/Text: bklaw2@centurylink.com Aug 05 2016 18:55:00      EMBARQ,    P.O. BOX 96064,
                 CHARLOTTE, NC 28296-0064
3792073        +E-mail/Text: bknotice@erccollections.com Aug 05 2016 18:54:59      Enhanced Recovery Corp.,
                 8014 Bayberry Road,    Jacksonville FL 32256-7412
3782534        +E-mail/Text: baugherj@hanoverhospital.org Aug 05 2016 18:54:41      HANOVER HOSPITAL,
                 300 HIGHLAND AVENUE,    HANOVER, PA 17331-2203
3782515        +EDI: IRS.COM Aug 05 2016 19:04:00      INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATIONS,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
3806737        EDI: JEFFERSONCAP.COM Aug 05 2016 19:04:00      Jefferson Capital Systems LLC,   PO BOX 7999,
                SAINT CLOUD MN 56302-9617
3782538        +E-mail/Text: egssupportservices@egscorp.com Aug 05 2016 18:55:03       MEDCLEAR, INC.,
                507 PRUDENTIAL ROAD,    HORSHAM, PA 19044-2308
3782543        E-mail/Text: bankruptcydepartment@tsico.com Aug 05 2016 18:55:13       NCO FINANCIAL SYSTEMS,
                PO BOX 17080,    WILMINGTON, DE 19850-7080
3782542        +E-mail/Text: egssupportservices@egscorp.com Aug 05 2016 18:55:03       NCO FINANCIAL SYSTEMS,
                507 PRUDENTIAL RD,    HORSHAM, PA 19044-2368
3782544        +E-mail/Text: bankruptcydepartment@tsico.com Aug 05 2016 18:55:13       NCO FINANCIAL SYSTEMS,
                P O BOX 15636,    WILMINGTON, DE 19850-5636
3782550        E-mail/Text: bklaw2@centurylink.com Aug 05 2016 18:55:00       SPRINT,   P.O. BOX 740463,
                CINCINNATI, OH 45274-0463
3782552        +EDI: CREDPROT.COM Aug 05 2016 18:58:00      SUSCOM,   C/O CREDIT PROTECTIONS ASSOC.,
                1355 NOEL RD., SUITE 2100,    DALLAS, TX 75240-6837
3785206        +E-mail/Text: bklaw2@centurylink.com Aug 05 2016 18:55:00
                THE UNITED TELEPHONE COMPANY OF PENNSYLVANIA, LLC,     P.O. BOX 165000,
                ALTAMONTE SPRINGS, FL 32716-5000
3782555        EDI: WFFC.COM Aug 05 2016 18:58:00      WELLS FARGO DEALER SERVICES,   PO BOX 1697,
                WINTERVILLE, NC 28590-1697
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3782529        DINGUS
cr*           +American Home Mortgage Servicing, Inc.,    1525 S. Beltline Road, Suite 100 N,
                Coppell, TX 75019-4913
3782524*      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
                (address filed with court: COLUMBIA GAS OF PA,     REVENUE RECOVERY,   200 CIVIC CENTER DR,
                COLUMBUS, OH 43215)
3802422*      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas of Ohio Inc,     200 Civic Center Dr 11th Floor,
                Columbus, OH  43215)
3782517        ##AMERICAN HOME MORTGAGE SVC,    10440 LITTLE PATUXENT PKWY,   PO BOX 905,
                COLUMBIA, MD 21044-0905
3782525        ##COMMERCIAL ACCEPTANCE COMPANY,    4807 JONESTOWN RD STE 247,    HARRISBURG, PA 17109-1744
3786886        ##+Rjm Acquisitions Llc,    575 Underhill Blvd,   Suite 224,   Syosset, NY 11791-3416
                                                                                   TOTALS: 1, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2016 at the address(es) listed below:
         Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
         Joshua I Goldman    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
          STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-TC1
          bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         Joshua I Goldman    on behalf of Creditor    CV XXVII, LLC, C/O FCI Lender bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Keri P Ebeck    on behalf of Creditor    Wells Fargo Dealer Services, Inc. kebeck@weltman.com,
          jbluemle@weltman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Lawrence V. Young   on behalf of Joint Debtor Dina A. Belivakici lyoung@cgalaw.com,
          tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com
         Lawrence V. Young   on behalf of Debtor Thomas Uwe Belivakici lyoung@cgalaw.com,
          tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com
         Stuart  Winneg   on behalf of Creditor   American Home Mortgage Servicing, Inc. swinneg@udren.com, cblack@udren.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                         TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Thomas Uwe Belivakici** | Social Security number or ITIN xxx–xx–1860 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | **Dina A. Belivakici** | Social Security number or ITIN xxx–xx–2941 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:11–bk–00776–MDF** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas Uwe Belivakici          Dina A. Belivakici

**By the court:** *(signed)* Mary D. France

August 5, 2016

Honorable Mary D. France
United States Bankruptcy Judge

By: karendavis, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**