```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 11-00776-MDF
Thomas Uwe Belivakici                                               Chapter 13
Dina A. Belivakici
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: karendavi          Page 1 of 1          Date Rcvd: Aug 08, 2016
                              Form ID: orclreop        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2016.
db/jdb         +Thomas Uwe Belivakici,   Dina A. Belivakici,   240 Bragg Circle,   Hanover, PA 17331-9335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   CV XXVII, LLC, C/O FCI Lender bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-TC1
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Keri P Ebeck    on behalf of Creditor   Wells Fargo Dealer Services, Inc. kebeck@weltman.com,
               jbluemle@weltman.com
              Lawrence V. Young    on behalf of Joint Debtor Dina A. Belivakici lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
               m;kbrayboy@cgalaw.com
              Lawrence V. Young    on behalf of Debtor Thomas Uwe Belivakici lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
               m;kbrayboy@cgalaw.com
              Stuart  Winneg    on behalf of Creditor   American Home Mortgage Servicing, Inc. swinneg@udren.com,
               cblack@udren.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 8

orclreop(05/12)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Thomas Uwe Belivakici                          Chapter 13

Dina A. Belivakici                               Case number 1:11−bk−00776−MDF

**Debtor(s)**

## Order

And now, whereas an Order has been heretofore entered reopening the above estate, and it further appearing that said reopened estate has been fully administered, it is hereby

**ORDERED** that the above named bankrupt estate be, and it hereby is, closed.

Dated: August 8, 2016                            By the Court,

                                                  *Mary D. France*

                                                  Honorable Mary D. France
                                                  United States Bankruptcy Judge
                                                  By: karendavis, Deputy Clerk